**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                          CASE NO. 3:96cr76/RV

LEONARD THOMAS WALKER

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   August 1, 2006
Motion/Pleadings:  MOTION for relief of judgment purusant to Rule 60(B)(6)
Filed by  Defendant          on 7/24/2006     Doc.#   139
RESPONSES:
    United States          on  8/1/2006      Doc.#   140
                                  on                Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

    s/Jerry Marbut
LC (1 OR 2)        Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  3rd   day of   August   , 2006, that:*

*(a) The relief requested is DENIED, for lack of jurisdiction.*

*(b) This motion is an attempt to file a second Section 2255 motion without Circuit approval.*

                                  /s/ *Roger Vinson*
                                  *ROGER VINSON
Senior United States District Judge*